[Nos. 32641-4-I; 36902-4-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
ALLEN GILBERT, *Appellant.*

*In the Matter of the Personal Restraint of* DAVID
ALLEN GILBERT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07822-4, Michael J. Fox, J., entered April
22, 1993, together with a petition for relief from personal

restraint. Judgment *dismissed* and petition *denied* by unpublished per curiam opinion.